IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20660
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

                      versus

JUAN ANTONIO ANDRADE,

                                    Defendant-Appellant.

_____

Appeal from the United States District Court for
the Southern District of Texas
(CA-H-94-227-1)
_____
March 20, 1997

Before REAVLEY, BARKSDALE and DENNIS, Circuit Judges.

PER CURIAM:[*]

        The judgment of the district court is affirmed.  The only

issue before the district court at this time was the effect of

<u>Bailey v. United States</u>, 116 S.Ct. 501 (1995) upon the conviction

for violation of 18 U.S.C. § 924(c)(1).  The present appeal goes

beyond that issue and the prior mandate of this court.  Because

it was outside that scope, the present argument has been waived.

_____

        [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

If we were to consider the argument of the unconstitutionality of § 922(g)(5), we would reject it. Appellant may agree with the dissent of Judge DeMoss in <u>United States v. Kuban</u>, 94 F.3d 971 (5th Cir. 1996) but that is not the law of the circuit as explained by the majority opinion.

AFFIRMED.